1  DANIEL A. BACON 065099
   ATTORNEY AT LAW
2  5200 NORTH PALM AVENUE, SUITE 408
   FRESNO, CALIFORNIA 93704-2225
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR Defendant

8  UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-CR-00005 AWI |
| Plaintiff, ) | STIPULATION TO EXONERATE PROPERTY BOND AND RECONVEY PROPERTY; AND ORDER THEREON |
| vs. ) | |
| JOSE ENRIQUE GARIBAY, JR., ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, plaintiff United States of America, and its attorney of record, Assistant U.S. Attorney Kimberly A. Sanchez, and defendant Jose Enrique Garibay, Jr., and his attorney Daniel A. Bacon, that the property bond of $210,000.00, secured by the following Deeds of Trust with Assignments of Rents, be reconveyed to the respective owners:

1. The Deed of Trust with Assignments of Rents, recorded on February 18, 2009, as Recordation No. 2009-0009421, be reconveyed to "Mario Andrade, a married man as his sole and separate property."

2. The Deed of Trust with Assignment of Rents, recorded on February 18, 2009, as Recordation No. 2009-0009422, be reconveyed to "Araceli and Jose Enrique Garibay, Jr., also known as Enrique Garibay, husband and wife as joint tenants."

3. The Deed of Trust with Assignment of Rents, recorded on February 18, 2009,

as Recordation No. 2009-0009423, be reconveyed to "Irma Yolanda Gonzalez and Eladio Gonzalez, wife and husband."

DATED: February 9, 2012.	BENJAMIN B. WAGNER,
UNITED STATES ATTORNEY

By: /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: February 9, 2012.	/s/ Daniel A. Bacon
DANIEL A. BACON
Attorney for Defendant GARIBAY

O R D E R

IT IS HEREBY ORDERED that the property bonds be exonerated, and the Clerk of the Court be ordered to reconvey the properties set forth in Nos. 1, 2 and 3, above, which were used to collateralize the bond, to the following people:

1. The Deed of Trust with Assignments of Rents, recorded on February 18, 2009, as Recordation No. 2009-0009421, to "Mario Andrade, a married man as his sole and separate property."

2. The Deed of Trust with Assignment of Rents, recorded on February 18, 2009, as Recordation No. 2009-0009422 to "Araceli and Jose Enrique Garibay, Jr., also known as Enrique Garibay, husband and wife as joint tenants."

3. The Deed of Trust with Assignment of Rents, recorded on February 18, 2009, as Recordation No. 2009-0009423 to "Irma Yolanda Gonzalez and Eladio Gonzalez, wife and husband."

IT IS SO ORDERED.

Dated: February 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE